UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2009 JUN 16 P 1: 46
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY_____DEPT. CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| vs. | ) No. 3:09-MJ-2017 <br> ) Judge Guyton <br> ) FILED UNDER SEAL <br> ) PURSUANT TO RULE 6(e) |
| DENNIS R. BOLZE, | ) |
| DEFENDANT. | ) |

## ORDER

It being shown to the Court that after being advised of his rights pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq., and specifically of his right to the time limitation specified in 18 U.S.C. § 3161(b), the Defendant wishes to waive his right under 18 U.S.C. § 3161(b), and it being agreed that the time between June 17, 2009, and July 22, 2009, should be excluded in computing the time limitation specified in 18 U.S.C. § 3161(b), and considering that 18 U.S.C. § 3161(h)(7)(B)(iii) provides that "in a case in which arrest precedes indictment" the Court may consider the factor that "the facts upon which the grand jury must base its determination are unusual or complex" in determining whether to grant a continuance of the Speedy Trial Act's time limitations under 18 U.S.C. § 3161(h)(7)(A), upon the joint motion of the parties;

IT IS ORDERED that the time between June 17, 2009, and July 22, 2009, shall be excluded from the time limitation specified in 18 U.S.C. § 3161(b), pursuant to 18 U.S.C.

§§ 3161(h)(7)(A), 3161(h)(7)(B)(iii) on the ground, as represented by the parties' joint motion, that voluminous financial records have been received from financial institutions pursuant to various grand jury subpoenas, and that additional time is needed to examine these voluminous financial records, so that the grand jury can complete its investigation into the disposition of the funds at issue in this factually complex and unusual case, and, therefore, the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

ENTER this 16 day of June, 2009.

_Bruce Guyton_
United States Magistrate Judge

APPROVED FOR ENTRY:

_F. W. Hamilton_
Francis M. Hamilton III
Assistant U.S. Attorney

_[signature]_
Kim A. Tollison
Attorney for Defendant

_[signature]_
Dennis R. Bolze
Defendant