# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 05, 2024

Mr. Dennis Roger Bolze
F.C.I. Coleman - Low
P.O. Box 1031
Coleman, FL 33521

Re: Case No. 24-5192, *USA v. Dennis Bolze*
Originating Case No. : 3:09-cr-00093-1

Dear Mr. Bolze,

   This appeal has been docketed as case number **24-5192**.  The case number and official caption, as it appears on the enclosure, must appear on all documents submitted for filing in this case.

   As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, with your signature.  Copies are no longer necessary because the original documents will be scanned into the court's Electronic Case Filing system.  You must mail appellee counsel a copy of every document you send to the Clerk's office for filing.

   You have until **April 4, 2024** to either pay the $605.00 appellate filing fee or file a motion for leave to proceed on appeal in forma pauperis and an accompanying financial affidavit.  Either one must be paid/filed with the U.S. District Court.  **Failure to do one or the other may result in the dismissal of the appeal without further notice**.  If you move for pauper status and the district court denies your motion in part or in full, or if you are otherwise dissatisfied with the district court's ruling, you may renew the motion for pauper status in this court within 30 days of that ruling.

   Before preparing any documents to be filed, counsel for the government is strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.  These forms must be filed by **April 4, 2024**.

Appellee:     Appearance of Counsel

   If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                Sincerely yours,

                s/Leon T. Korotko
                Case Manager
                Direct Dial No. 513-564-7069

cc:  Ms. Debra A. Breneman

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-5192

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DENNIS ROGER BOLZE

    Defendant - Appellant