UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No.: 3:09-cr-93-TAV-DCP-1 |
| DENNIS R. BOLZE, | ) |  |
| Defendant. | ) |  |

## **ORDER**

This criminal case is before the Court on defendant's pro se motion for the Court to enter an alternative briefing schedule [Doc. 281]. In this motion, defendant notes that the Court's standing order states that the government need not respond to a pro se motion for compassionate release until either (1) the Court orders a response; or (2) 14 days have elapsed since counsel filed a supplemental motion or notice that no such supplement will be filed. Defendant asks the Court to issue an order requiring the government to respond to his pro se motion within 14 days [*Id.*].

However, the Court recently appointed Attorney Rachel Wolf to represent defendant for purposes of his compassionate release motion, and ordered Attorney Wolf to file a supplemental motion, a notice that no supplement would be filed, or a motion for additional time within 60 days [Doc. 289]. Accordingly, the Court finds that it would not be appropriate to order the government to file a response to defendant's pro se motion before Attorney Wolf has filed either a supplemental motion or notice that no motion will be filed.

Defendant's motion for entry of an alternative briefing schedule [Doc. 281] is therefore **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE